## **ORDER**

Pursuant to the parties' stipulation that the matter be dismissed in light of the agreement to arbitrate, **IT IS SO ORDERED.**

Dated: August  16 , 2012

_____
Maria Elena James
UNITED STATES DISTRICT COURT

---

**STIPULATION AND [PROPOSED]
ORDER RE DISMISSAL**

**Case No. CV 12-03595 (MEJ)**